UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------- x
                                                  :
WILLIAM YATES,                                    :
 on behalf of themselves and all                  :
similarly situated employees,                     :
                                                  :
                Plaintiffs,                       :    Civil Action No. 2:18-cv-831
                                                  :    Judge Peter J. Phipps
            v.                                    :
                                                  :
ALLEGHENY COUNTY,                                 :
PENNSYLVANIA                                      :
                                                  :    Electronically Filed
                Defendant.                        :
```

## JOINT MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT

Named Plaintiff William Yates, acting as Class Plaintiff, by his attorney Joseph E. Fieschko Jr. and Defendant Allegheny County, Pennsylvania, by its attorney, Frances Marie Liebenguth hereby file this joint motion for approval of the Stipulation of Settlement filed on May 20, 2019 resolving the instant Class Action. In support of said motion, the parties state the following:

1. The parties have entered into a Stipulation of Settlement in which the parties have agreed to settle this action as a class action.

2. The Stipulation of Settlement provides that the parties shall jointly move for the issuance of an order substantially in the form as that attached as Exhibit 3 to the Stipulation of Settlement which, *inter alia*:

    a.    Preliminarily approves the settlement;

    b.    Conditionally certifies the Class for settlement purposes only;

2

      c.      Appoints and designates William Yates for all purposes as representatives of the class and appoints and designates Joseph E. Fieschko Jr. Class Counsel.

      d.      Sets a hearing to determine all necessary matters concerning the Settlement, including: whether the proposed settlement of the Action on the terms and conditions provided for in the Stipulation is fair, adequate and reasonable and should be finally approved by the Court; whether a Judgment, as provided in the Stipulation, should be entered herein; whether the plan of allocation contained in the Stipulation should be approved as fair adequate and reasonable to the Class Members; and to finally approve Class Counsels' Fees Award, the Named Plaintiffs' Incentive Award and the claims administration expenses.

      e.      Approves, as to form and content, the Notice and Claim Form/FLSA Consent Form annexed as Exhibits 1 and 2 to the Stipulation;

      f.      The administration of the settlement proceeds will be handled by Plaintiffs' counsel.

3.      For the reasons set forth in the Stipulation of Settlement, the parties assert that the settlement is fair and reasonable and adequate to all members of the Class, that the proposed notice adequately informs the class of the nature of the settlement, and the manner in which the notice is to be mailed satisfies the requirements of §216(b) of the Fair Labor Standards Act and Rule 23 of the Federal Rules of Civil Procedure .

      Respectfully submitted,

      /s/ Joseph E. Fieschko Jr.
      Joseph E. Fieschko, Jr., Esquire
      Pa. I.D. No. 28797
      Suite 2230

436 Seventh Avenue
Pittsburgh, PA 15219
412 281-2204
joe@fieschko.com

Counsel for Plaintiffs and Class

/s/Frances Marie Liebenguth
Assistant County Solicitor
Pa.I.D. #314845
Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1108
francesliebenguth@alleghenycounty.us

Counsel for Defendant

Dated: June 11, 2019